IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


ALFRED J. DORSEY )
)
        Petitioner, )
)
v. ) Civil Action No. 04-1327-SLR
)
THOMAS CARROLL, )
Warden, )
)
        Respondent. )


**ORDER**

For the reasons set forth in the memorandum opinion issued this date, IT IS HEREBY ORDERED that:

1.  Petitioner Alfred J. Dorsey's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.  (D.I. 2; D.I. 3)

2.  The court declines to issue a certificate of appealability.  See 28 U.S.C. § 2253(c)(2).


Dated: October 18 , 2005                    _____
                                            UNITED STATES DISTRICT JUDGE